David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

April 20, 2008                    Sent via Registered Mail # *RA15 8552288 US*

## NOTICE OF COMPLAINT

**In the Matter of:**
Office of the Attorney General
Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**PLEASE TAKE NOTICE:**

### STATEMENT OF COMPLAINT

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to **Fed. R. Civ. P. Rule 5.1(a)(2)** Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the **U.S. Attorney General**, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and **Attorney General** bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

### REQUEST FOR ACTION

Request is hereby made for U.S. Attorney General **Michael B. Mukasey**; and Secretary of the Treasury Henry M. Paulson Jr.: to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

| CASE # | EXHIBIT | TTL PGS |
|---|---|---|
| 1:07-CV-571 | 1 | 5 |

## REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under Plaintiff, and who have been contacted by the same, or Secretary of the Treasury Henry M. Paulson Jr., and his predecessors, or U.S. Attorney General **Michael B. Mukasey**, and his predecessors, or any of their delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### REQUEST FOR TIMELY RESPONSE

Request is hereby made for an appropriate and timely response within Thirty (30) Days receipt of this Notice.

### ULTIMATUM

Should U.S. Attorney General **Michael B. Mukasey**, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

**Under the appropriate Titles of the United States Code, and the Laws of Ohio**

*Liability is Personal*

### VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  Executed on April 20, 2008.

Sincerely,

Dated: _____    _____

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

Registered No.

Date Stamp

**To Be Completed By Post Office**

| Reg. Fee $ | Special $ Delivery |
| Handling $ Charge | Return $ Receipt |
| Postage $ | Restricted $ Delivery |
| Received by | |

Customer Must Declare
Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance
Is Limited To
$25,000; International
Indemnity Is Limited
*(See Reverse)*

**To Be Completed By Customer**
*(Please Print)*
All Entries Must Be in Ballpoint or Typed

FROM
*David Elmer Rohrsperger*
*1093 Shepherds Glen Lane*
*Batavia, Ohio [45103]*

TO
*Office of the Attorney General / USDOS*
*Michael B. Mukasey*
*950 Pennsylvania Avenue, NW*
*Washington, D.C. 20530-0001*

PS Form **3806**,
June 2000

**Receipt for Registered Mail**

*(Customer Copy)*
*(See Information on Reverse)*

---

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Daniel L. Parker*   ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   APR 23 2008   C. Date of Delivery |
| 1. Article Addressed to:<br><br>*Office of the Attorney General*<br>*Michael B. Mukasey*<br>*U.S. Department of Justice*<br>*950 Pennsylvania Avenue, NW*<br>*Washington, DC 20530-0001* | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*   RA 15855228 8 US | |

PS Form **3811**, February 2004          Domestic Return Receipt                    102595-02-M-1540


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA15 8552 288U S**
Status: **Delivered**

Your item was delivered at 11:17 AM on April 23, 2008 in
WASHINGTON, DC 20530.

**Track & Confirm** 

Enter Label/Receipt Number.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

( **Go >** )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( **Go >** )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

 **UNITED STATES POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **RA15 8552 288U S**
Detailed Results:

* **Delivered, April 23, 2008, 11:17 am, WASHINGTON, DC 20530**
* **Arrival at Unit, April 23, 2008, 1:45 am, WASHINGTON, DC 20074**
* **Acceptance, April 21, 2008, 4:50 pm, BATAVIA, OH 45103**

 **Track & Confirm** 

Enter Label/Receipt Number.

( Go > )

( < Back )                        ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map      Contact Us      Forms      Gov't Services      Jobs      Privacy Policy      Terms of Use      National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA