David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

April 20, 2008                    Sent via Registered Mail # R.7/5 85 5 227 4 4 5

## NOTICE OF COMPLAINT

**In the Matter of:**
Secretary of the Treasury
Henry M. Paulson Jr.
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

**PLEASE TAKE NOTICE:**

### STATEMENT OF COMPLAINT

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

> Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the **Secretary of the Treasury**, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

### REQUEST FOR ACTION

Request is hereby made for U.S. Attorney General Michael B. Mukasey; and Secretary of the Treasury **Henry M. Paulson Jr.**; to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

| CASE # | EXHIBIT | TTL PGS |
|---|---|---|
| 1:07-CV-571 | M | 6 |

### REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES

**Request is hereby made for** the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under Plaintiff, and who have been contacted by the same, or Secretary of the Treasury **Henry M. Paulson Jr.**, and his predecessors, or U.S. Attorney General Michael B. Mukasey, and his predecessors, or any of their delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### REQUEST FOR TIMELY RESPONSE

Request is hereby made for an appropriate and timely response within Thirty (30) Days receipt of this Notice.

### ULTIMATUM

Should U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury **Henry M. Paulson Jr.**, or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

<u>Under the appropriate Titles of the United States Code, and the Laws of Ohio</u>

<u>Liability is Personal</u>

### **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on April 20, 2008.

Sincerely,

Dated: _____   _____

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

**Registered No.**

| | |
|---|---|
| Reg. Fee $ | Special Delivery $ |
| Handling Charge $ | Return Receipt $ |
| Postage $ | Restricted Delivery $ |
| Received by | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance<br>☐ Without Postal Insurance |

*To Be Completed By Post Office*

Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse)

FROM: David Elmer Wolfersperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

TO: Secretary of the Treasury
Henry M. Paulson Jr
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

PS Form 3806, June 2000
Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary of the Treasury
Henry M. Paulson Jr
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RA 158552274 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RA15 8552 274U S**
Detailed Results:

- **Delivered, April 23, 2008, 8:13 am, WASHINGTON, DC 20220**
- **Arrival at Unit, April 22, 2008, 9:46 pm, WASHINGTON, DC 20074**
- **Acceptance, April 21, 2008, 4:47 pm, BATAVIA, OH 45103**

(< Back)   (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts



Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do          4/28/2008



### Track/Confirm - Intranet Item Inquiry
### Item Number: RA15 8552 274U S

**This item was delivered on 04/23/2008 at 08:13**



Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Person in Charge
Betty Burwinkel

1800 268 USPS

http://pts.usps.gov/pts/imageView.do         5/2/2008



## Track/Confirm - Intranet Item Inquiry - Domestic

| Item: RA15 8552 274U S | | Service Calculation Acceptance Date/Time: 04/21/2008 16:47 | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20220 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 45103-9998 | **City:** BATAVIA | **State:** OH |

**Class:** First Class
**Anticipated Delivery Date:** 04/23/2008
**Weight:** 0 lb(s) 2 oz(s)     **Postage:** $0.97
**Firm Book ID:** 5103 0SGS E420 4130 5486
**Delv Rqmt:** Normal Delivery     **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| RETURN RECEIPT | | $2.15 |
| RESTRICTED DELIVERY | | $4.10 |
| REGISTERED MAIL | RA15 8552 274U S | $9.50 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 04/23/2008 08:13 | WASHINGTON, DC 20220 | 030SGSE662 |
| | Firm Name: TREASURY 20220 | | |
| | Recipient: 'P DYSON' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 04/22/2008 21:46 | WASHINGTON, DC 20074 | 030SGSE420 |
| ACCEPT OR PICKUP | 04/21/2008 16:47 | BATAVIA, OH 45103 | |

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ◯

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.