# <u>Exhibit A (as Amended)</u>

## Content of Exhibits

| **Tax Court Exhibits:** | **# of Pages** |
|---|---|
| Exhibit B: Petition | 70 |
| Exhibit C: Answer | 11 |
| Exhibit D: Petitioner's Reply to Answer | 15 |
| Exhibit E: Motion to Impose Sanctions Under I.R.C. § 6673 | 38 |
| Exhibit F: Respondent's Motion for Default Judgment | 10 |
| Exhibit G: Order and Decision | 8 |
| Exhibit H: Petitioner's Reply to Respondents Motion for Default Judgment | 17 |
| Exhibit I: Verified Transcript of Telephone Conversation in rebuttal to Exhibit D of Motion to Impose Sanctions Under I.R.C. § 6673 | 4 |
| Exhibit J: Verified Transcript of Preliminary Conference in rebuttal to Exhibit H of Motion to Impose Sanctions Under I.R.C. § 6673 Indicating Failure to Provide Due Process. | 14 |

**Other Exhibits:**

| | |
|---|---|
| Exhibit K: Notice of Surrender and Termination of SSN indicating intent to divest myself of this never wanted and "PRIVILEGED" connection. | 7 |
| Exhibit L: Notice of Complaint to Attorney General Michael B. Mukasey | 5 |
| Exhibit M: Notice of Complaint to Secretary of the Treasury Henry M. Paulson Jr. | 6 |
| Exhibit N: 2nd NOC/Notice of Default to President George W. Bush | 3 |
| Exhibit O: 2nd NOC/Notice of Default to Attorney General Michael B. Mukasey | 3 |
| Exhibit P: 2nd NOC/Notice of Default to Secretary Henry M. Paulson Jr. | 3 |
| Exhibit Q: 2nd NOC/Notice of Default to Senator George V. Voinovich | 3 |
| Exhibit R: 2nd NOC/Notice of Default to Senator Sherrod Brown | 3 |
| Exhibit S: 2nd NOC/Notice of Default to Congresswoman Jean Schmidt | 3 |

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*

**By Special Appearance**

May 27, 2008

Sent via Registered Mail # $R A /58552 739 US$

## 2ND NOTICE OF COMPLAINT/ NOTICE OF DEFAULT & REMEDY

**In the Matter of:**
President of the United States of America
George W. Bush
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

### PLEASE TAKE NOTICE:

#### *STATEMENT OF COMPLAINT*

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

Page 1 of 3

| CASE # | EXHIBIT | TTL. PGS |
|---|---|---|
| 1:97-CV-571 | N | $ 7 |

## *REQUEST FOR ACTION*

Request is hereby made for U.S. Attorney General Michael B. Mukasey; and Secretary of the Treasury Henry M. Paulson Jr. to honor/comply with my previous request (See Attachments) and to Remedy the Default within the stated/provided Time (10 Days); to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

Request is also hereby made to President of the United States of America, **George W. Bush**, to adequately supervise his officers in these regards.

Request is also hereby made to Ohio representatives in Congress, Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt to perform their due diligence in these regards.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President **George W. Bush**, or Secretary of the Treasury Henry M. Paulson Jr., and his predecessors, or U.S. Attorney General Michael B. Mukasey, and his predecessors, or any of their delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

## *REQUEST FOR TIMELY RESPONSE*

Request is hereby made for an appropriate and timely response within Ten (10) Days receipt of this Notice.

## *ULTIMATUM*

Should President **George W. Bush**, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

## NOTE:

## Under the appropriate Titles of the United States Code, and the Laws of Ohio

## *Liability is Personal*

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 27, 2008.

Sincerely,

Dated: 5/27/08

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

**Registered No.**

<table>
<tr><td rowspan="2">To Be Completed By Post Office</td><td>Reg Fee  $</td><td>Special<br>Delivery  $</td></tr>
<tr><td>Handling  $<br>Charge</td><td>Return  $<br>Receipt</td></tr>
<tr><td></td><td>Postage  $</td><td>Restricted  $<br>Delivery</td></tr>
<tr><td></td><td colspan="2">Received by</td></tr>
</table>

Date Stamp

Customer Must Declare
Full Value  $

With Postal Insurance
Without Postal Insurance

Domestic Insurance is Limited To $25,000, International Indemnity is Limited (See Reverse)

FROM

David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia Ohio 45103

TO

President George W. Bush
The White House
1600 Pennsylvania Ave, NW
Washington, D.C. 20500

PS Form **3806,** **Receipt for Registered Mail** *(Customer Copy)*
June 2000 *(See Information on Reverse)*

Wolfensperger
·ds Glen Lane
)hio 45103

**Appearance**

·gistered Mail #  *R A 158552 739 US*

·' COMPLAINT/
\ULT & REMEDY

---

**PLEASE TAKE NOTICE.**

I have been named as a defend
COURT located in the SOUTH
1-07-CV-571.

Pursuant to Fed. R. Civ. P. Rule 5
concerning issues under the U.S. C
Reserve All of My Rights, includin
Knowledge. Information. or Belief:



TES DISTRICT
SION Docket #

ct you
its. and I
e No

Any Constitutional Law/Authority ... ...cu Plaintiff. UNITED STATES OF
AMERICA. to bring this action ag ... the UNITED STATES DISTRICT COURT or
would permit the U.S. Attorney General, or any delegate or subordinate thereof. to represent
So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment. Known Legal
Duty. and or Jurisdiction concerning me personally; or that federal statutes listed in the
Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331,
1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury. and Attorney General bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 U.SC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States. and or Ohio are possibly being violated by any mistaken or false
presumptions. or by usurpation.

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

May 27, 2008

Sent via Registered Mail # RA 158552756US

## 2ND NOTICE OF COMPLAINT/
## NOTICE OF DEFAULT & REMEDY

**In the Matter of:**
Office of the Attorney General
Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

## PLEASE TAKE NOTICE:
### *STATEMENT OF COMPLAINT*

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. **Attorney General**, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and **Attorney General** bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

| CASE # | EXHIBIT | TTL PGS |
|---|---|---|
| 1:97-CV-571 | 0 | 34 |

## *REQUEST FOR ACTION*

Request is hereby made for U.S. Attorney General **Michael B. Mukasey**: and Secretary of the Treasury Henry M. Paulson Jr. to honor/comply with my previous request (See Attachments) and to Remedy the Default within the stated/provided Time (10 Days); to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

Request is also hereby made to President of the United States of America, George W. Bush. to adequately supervise his officers in these regards.

Request is also hereby made to Ohio representatives in Congress. Senator Sherrod Brown. Senator George V. Voinovich, and Congresswoman Jean Schmidt to perform their due diligence in these regards.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*

Request is hereby made for the Names and Identities of all Parties involved in this Complaint. including but not limited to. those included within, or under So Named Plaintiff. and who have been contacted by the same. or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., and his predecessors. or U.S. Attorney General **Michael B. Mukasey**, and his predecessors, or any of their delegates or subordinates. concerning this Matter. as well as Copies of All Documents, Records. Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

## *REQUEST FOR TIMELY RESPONSE*

Request is hereby made for an appropriate and timely response within Ten (10) Days receipt of this Notice.

## *ULTIMATUM*

Should President George W. Bush. U.S. Attorney General **Michael B. Mukasey**, or Secretary of the Treasury Henry M. Paulson Jr.. or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner. or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations. and pursue Civil Litigation.

## NOTE:

## Under the appropriate Titles of the United States Code, and the Laws of Ohio

## *Liability is Personal*

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 27, 2008.

Sincerely,

Dated: 5/27/08

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

**Registered No.**  **Date Stamp**

| | | | |
|---|---|---|---|
| To Be Completed By Post Office | Reg Fee $ | Special Delivery $ | |
| | Handling Charge $ | Return Receipt $ | |
| | Postage $ | Restricted Delivery $ | |
| | Received by | | |
| | Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM: David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

TO: Attorney General
Michael B. MuKasey
U.S. DOJ, 950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

PS Form 3806, June 2000   **Receipt for Registered Mail**   (Customer Copy)
(See Information on Reverse)

Wolfensperger
rds Glen Lane
Ohio 45103

**Appearance**

egistered Mail # R＃ 158 552 756 US

F COMPLAINT/
AULT & REMEDY

---

## PLEASE TAKE NO

I have been named as
COURT located in the
1:07 CV-571.

| CASE # | EXHIBIT | TTL PGS |
|---|---|---|
| 1:07-CV-571 | ☉ | 34 |

TED STATES DISTRICT
ERN DIVISION Docket #

Pursuant to Fed. R. C
concerning issues and
Reserve All of My Ri
Knowledge. Informat

s me to Contact you
iny of my Rights, and I
ss of Law. I have No

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF
AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or
would permit the U.S. **Attorney General**, or any delegate or subordinate thereof, to
represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment,
Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes
listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U S C
§§ 1331, 1340, or 1345 otherwise provides for, or proves such exists

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and **Attorney General** bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 U SC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false
presumptions, or by usurpation.

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

May 27, 2008

Sent via Registered Mail # $RA 158552742US$

## 2ND NOTICE OF COMPLAINT/
## NOTICE OF DEFAULT & REMEDY

**In the Matter of:**
Secretary of the Treasury
Henry M. Paulson Jr.
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

## PLEASE TAKE NOTICE:

### *STATEMENT OF COMPLAINT*

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321. 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the **Secretary of the Treasury**, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

| CASE # | EXHIBIT | TTL PGS |
|---|---|---|
| 1:07-CV-571 | P | 34 |

## *REQUEST FOR ACTION*

Request is hereby made for U.S. Attorney General Michael B. Mukasey; and Secretary of the Treasury **Henry M. Paulson Jr**. to honor/comply with my previous request (See Attachments) and to Remedy the Default within the stated/provided Time (10 Days); to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

Request is also hereby made to President of the United States of America, George W. Bush, to adequately supervise his officers in these regards.

Request is also hereby made to Ohio representatives in Congress, Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt to perform their due diligence in these regards.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury **Henry M. Paulson Jr.**, and his predecessors, or U.S. Attorney General Michael B. Mukasey, and his predecessors, or any of their delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

## *REQUEST FOR TIMELY RESPONSE*

Request is hereby made for an appropriate and timely response within Ten (10) Days receipt of this Notice.

## *ULTIMATUM*

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury **Henry M. Paulson Jr.**, or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

### Under the appropriate Titles of the United States Code, and the Laws of Ohio

### *Liability is Personal*

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 27, 2008.

Sincerely,

Dated: 5/27/08

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

| To Be Completed By Post Office | Reg. Fee $ | | Special Delivery $ | |
| | Handling Charge $ | | Return Receipt $ | |
| | Postage $ | | Restricted Delivery $ | |
| | Received by | | | |
| | Customer Must Declare Full Value $ | | With Postal Insurance | Domestic Insurance Is Limited To $25,000; International Indemnity is Limited (See Reverse) |
| | | | Without Postal Insurance | |

Wolfensperger

ds Glen Lane

Ohio 45103

Appearance

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

FROM

David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

TO

Secretary of The Treasury
Henry M. Paulson Jr.
1500 Pennsylvania Ave, NW
Washington, D.C. 20220

egistered Mail # R/A/58552 742US

f COMPLAINT/
AULT & REMEDY

PS Form **3806**, June 2000, **Receipt for Registered Mail** *(Customer Copy)* *(See Information on Reverse)*

## PLEASE TAKE NOTIC

I have been named as a def
COURT located in the SOU
1:07-CV-571

STATES DISTRICT
DIVISION Docket

Pursuant to **Fed. R. Civ. P.**
concerning issues under the
Reserve All of My Rights, i
Knowledge. Information, or



| CASE # | EXHIBIT | TTL PGS |
| --- | --- | --- |
| 1:07-CV-571 | P | 34 |

Contact you
my Rights, and i
aw. I have No

Any Constitutional Law Authority which allows So Named Plaintiff, UNITED STATES OF
AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or
would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent
So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal
Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the
Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331,
1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the **Secretary of the Treasury**, and Attorney General bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States, and/or Ohio are possibly being violated by any mistaken or false
presumptions, or by usurpation.

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

May 27. 2008

Sent via Registered Mail # *RA 158 552 760 US*

## 2ND NOTICE OF COMPLAINT/
## NOTICE OF DEFAULT & REMEDY

**In the Matter of:**
Senator George V. Voinovich
37 West Broad Street
Room 310
Columbus. Ohio 43215

## PLEASE TAKE NOTICE:

### *STATEMENT OF COMPLAINT*

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights. and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge. Information. or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff. UNITED STATES OF AMERICA. to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General. or any delegate or subordinate thereof. to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment. Known Legal Duty. and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401. 7402. 7403. 6673, 6321, 6322 or 28 U.S.C. §§ 1331. 1340. or 1345 otherwise provides for. or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury. and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

| CASE # | EXHIBIT | TTL PGS |
|--------|---------|---------|
| 1-97-CV-571 | Ⓒ | ∅ 4 |

## *REQUEST FOR ACTION*

Request is hereby made for U.S. Attorney General Michael B. Mukasey; and Secretary of the Treasury Henry M. Paulson Jr. to honor/comply with my previous request (See Attachments) and to Remedy the Default within the stated/provided Time (10 Days); to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

Request is also hereby made to President of the United States of America, George W. Bush, to adequately supervise his officers in these regards.

Request is also hereby made to Ohio representatives in Congress, Senator Sherrod Brown, Senator **George V. Voinovich**, and Congresswoman Jean Schmidt to perform their due diligence in these regards.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., and his predecessors, or U.S. Attorney General Michael B. Mukasey, and his predecessors, or any of their delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

## *REQUEST FOR TIMELY RESPONSE*

Request is hereby made for an appropriate and timely response within Ten (10) Days receipt of this Notice.

## *ULTIMATUM*

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

## NOTE:

## Under the appropriate Titles of the United States Code, and the Laws of Ohio

## *Liability is Personal*

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 27, 2008.

Sincerely,

Dated: 5/27/08

David Elmer Wolfensperger, Sui Juris in própria persona
All Rights Reserved

**Registered No.**

| Reg Fee $ | Special $ Delivery |
| Handling $ Charge | Return $ Receipt |
| Postage $ | Restricted $ Delivery |
| Received by | |

Customer Must Declare Full Value $    With Postal Insurance / Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**Date Stamp**

FROM
David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

TO
Senator George V. Voinovich
37 West Broad Street
Room 310
Columbus, Ohio 43215

PS Form **3806**, June 2000   **Receipt for Registered Mail**   (Customer Copy) (See Information on Reverse)

r Wolfensperger
herds Glen Lane
Ohio 45103
l Appearance

Registered Mail # *R∆ 158 552 760 US*

OF COMPLAINT/
FAULT & REMEDY

---

## PLEASE TAKE NOTICE

I have been named as a defe _____ ATES DISTRICT
COURT located in the SOU _____ DIVISION Docket ~
1:07 CV 571

| CASE # | EXHIBIT | TTL PGS |
| 1:07-CV-571 | Q | 34 |

Pursuant to **Fed. R. Civ. P. R** _____ Contact you
concerning issues under the t _____ ny Rights, and I
Reserve All of My Rights, in _____ to, Due Process of Law. I have No
Knowledge, Information, or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 51 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 51 SC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

May 27, 2008

Sent via Registered Mail # *R A 158 552 793 US*

## 2ᴺᴰ NOTICE OF COMPLAINT/
## NOTICE OF DEFAULT & REMEDY

**In the Matter of:**
Senator Sherrod Brown
1301 East Ninth St., Suite 1710
Cleveland, Ohio 44114

### PLEASE TAKE NOTICE:

### *STATEMENT OF COMPLAINT*

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights. and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA. to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321. 6322 or 28 U.S.C. §§ 1331. 1340. or 1345 otherwise provides for. or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions. or by usurpation.

| CASE # | EXHIBIT | TTL PGS |
|--------|---------|---------|
| 1:07-CV-571 | | |

## *REQUEST FOR ACTION*

Request is hereby made for U.S. Attorney General Michael B. Mukasey; and Secretary of the Treasury Henry M. Paulson Jr. to honor/comply with my previous request (See Attachments) and to Remedy the Default within the stated/provided Time (10 Days); to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

Request is also hereby made to President of the United States of America, George W. Bush, to adequately supervise his officers in these regards.

Request is also hereby made to Ohio representatives in Congress. **Senator Sherrod Brown**, Senator George V. Voinovich. and Congresswoman Jean Schmidt to perform their due diligence in these regards.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., and his predecessors, or U.S. Attorney General Michael B. Mukasey, and his predecessors, or any of their delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

## *REQUEST FOR TIMELY RESPONSE*

Request is hereby made for an appropriate and timely response within Ten (10) Days receipt of this Notice.

## *ULTIMATUM*

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr.. or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

## NOTE:

## Under the appropriate Titles of the United States Code, and the Laws of Ohio

## *Liability is Personal*

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on May 27, 2008.

Sincerely,

Dated: 5/27/08

David Elmer Wolfensperger. Sui Juris in propria persona
All Rights Reserved

Registered No.

Date Stamp

| To Be Completed By Post Office | Reg Fee $ | | Special Delivery | $ |
| | Handling Charge | $ | Return Receipt | $ |
| | Postage | $ | Restricted Delivery | $ |
| | Received by | | | |

**Domestic Insurance Is Limited To**

$25,000; International Indemnity Is Limited (See Reverse)

Customer Must Declare Full Value $

With Postal Insurance

Without Postal Insurance

Wolfensperger
*rds Glen Lane*
*Ohio 45103*

**Appearance**

David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

Senator Sherrod Brown
1301 East Ninth St.
Suite 1710
Cleveland, OH 44114

FROM

TO

egistered Mail # _RA 158 552 773US_

**F COMPLAINT/**
**AULT & REMEDY**

PS Form **3806**, June 2000

**Receipt for Registered Mail**   (Customer Copy)
(See Information on Reverse)

---

## PLEASE TAKE NOTI

I have been named as a c
COURT located in the Su
1-07 CV 571.

Pursuant to Fed. R. Civ. F
concerning issues under t
Reserve All of My Rights
Knowledge. Information.

| CASE # | EXHIBIT | TTL PGS |
|--------|---------|---------|
| 1:07-CV-571 | R | P4 |

D STATES DISTRICT
N DIVISION Docket #

· to Contact you
of my Rights, and F
Law. I have No

Any Constitutional La
AMERICA, to bring th
would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent
So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal
Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the
Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331,
1340, or 1345 otherwise provides for, or proves such exists.

E UNITED STATES OF
... ... the UNITED STATES DISTRICT COURT or

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 U SC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false
presumptions, or by usurpation

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

May 27, 2008

Sent via Registered Mail # *RA 158 552 787 US*

## 2ND NOTICE OF COMPLAINT/
## NOTICE OF DEFAULT & REMEDY

**In the Matter of:**
Congresswoman Jean Schmidt
8044 Montgomery Rd., Suite 540
Cincinnati, OH 45236

**PLEASE TAKE NOTICE:**

### *STATEMENT OF COMPLAINT*

I have been named as a defendant in a Complaint "filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and /or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.



## *REQUEST FOR ACTION*

Request is hereby made for U.S. Attorney General Michael B. Mukasey; and Secretary of the Treasury Henry M. Paulson Jr. to honor/comply with my previous request (See Attachments) and to Remedy the Default within the stated/provided Time (10 Days); to follow the Laws as provided above, and to immediately provide and make all such put forth above available to me.

Request is also hereby made to President of the United States of America, George W. Bush. to adequately supervise his officers in these regards.

Request is also hereby made to Ohio representatives in Congress. Senator Sherrod Brown. Senator George V. Voinovich, and **Congresswoman Jean Schmidt** to perform their due diligence in these regards.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*

Request is hereby made for the Names and Identities of all Parties involved in this Complaint. including but not limited to, those included within, or under So Named Plaintiff. and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., and his predecessors. or U.S. Attorney General Michael B. Mukasey, and his predecessors, or any of their delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records. Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

## *REQUEST FOR TIMELY RESPONSE*

Request is hereby made for an appropriate and timely response within Ten (10) Days receipt of this Notice.

## *ULTIMATUM*

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein. in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio. I will be compelled then to seek a Congressional Investigation for any Criminal violations. and pursue Civil Litigation.

## NOTE:

## Under the appropriate Titles of the United States Code, and the Laws of Ohio

## *Liability is Personal*

## <u>VERIFICATION</u>

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  Executed on May 27, 2008.

Sincerely,

Dated: 5/27/08

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

**Registered No.**

| To Be Completed By Post Office | Reg. Fee $ | | Special Delivery $ | |
| | Handling Charge $ | | Return Receipt $ | |
| | Postage $ | | Restricted Delivery $ | |
| | Received by | | | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM: David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

TO: Congresswoman Jean Schmidt
8044 Montgomery Road
Suite 540
Cincinnati, Ohio 45236

**PS Form 3806, June 2000** Receipt for Registered Mail (Customer Copy)
(See Information on Reverse)

Wolfensperger
·ds Glen Lane
)hio 45103

**Appearance**

egistered Mail # R.A 155 552 787 US

F COMPLAINT/
\ULT & REMEDY

---

## PLEASE TAKE NOTICE:

### STA'

I have been named as a defendant in COURT located in the SOUTHERN 1-07 CV 571

| CASE # | EXHIBIT | TTL PGS |
|--------|---------|---------|
| 1:07-CV-571 | S | 34 |

DISTRICT
N Docket #

Pursuant to Fed. R. Civ. P. Rule 5.1(... concerning issues under the U.S. Co[... Reserve All of My Rights, including Knowledge, Information, or Belief as

you
.s, and I
e No

Any Constitutional Law/Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty and/or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and or Ohio are possibly being violated by any mistaken or false presumptions or by usurpation