# Exhibit A (as Amended)

## Content of Exhibits

| **Tax Court Exhibits:** | **# of Pages** |
|---|---|
| Exhibit B: Petition | 70 |
| Exhibit C: Answer | 11 |
| Exhibit D: Petitioner's Reply to Answer | 15 |
| Exhibit E: Motion to Impose Sanctions Under I.R.C. § 6673 | 38 |
| Exhibit F: Respondent's Motion for Default Judgment | 10 |
| Exhibit G: Order and Decision | 8 |
| Exhibit H: Petitioner's Reply to Respondents Motion for Default Judgment | 17 |
| Exhibit I: Verified Transcript of Telephone Conversation in rebuttal to Exhibit D of Motion to Impose Sanctions Under I.R.C. § 6673 | 4 |
| Exhibit J: Verified Transcript of Preliminary Conference in rebuttal to Exhibit H of Motion to Impose Sanctions Under I.R.C. § 6673 Indicating Failure to Provide Due Process. | 14 |

| **Other Exhibits:** | |
|---|---|
| Exhibit K: Notice of Surrender and Termination of SSN indicating intent to divest myself of this never wanted and "PRIVILEGED" connection. | 7 |
| Exhibit L: Notice of Complaint to Attorney General Michael B. Mukasey | 5 |
| Exhibit M: Notice of Complaint to Secretary of the Treasury Henry M. Paulson Jr. | 6 |
| Exhibit N: 2nd NOC/Notice of Default to President George W. Bush | 4 |
| Exhibit O: 2nd NOC/Notice of Default to Attorney General Michael B. Mukasey | 4 |
| Exhibit P: 2nd NOC/Notice of Default to Secretary Henry M. Paulson Jr. | 4 |
| Exhibit Q: 2nd NOC/Notice of Default to Senator George V. Voinovich | 4 |
| Exhibit R: 2nd NOC/Notice of Default to Senator Sherrod Brown | 4 |
| Exhibit S: 2nd NOC/Notice of Default to Congresswoman Jean Schmidt | 4 |
| Exhibit T: 3rd NOC/Notice of Default & Estoppel – President George W. Bush | 4 |
| Exhibit U: 3rd NOC/Notice of Default & Estoppel – Attorney General Michael B. Mukasey | 4 |
| Exhibit V: 3rd NOC/Notice of Default & Estoppel – Secretary Henry M. Paulson Jr. | 4 |
| Exhibit W: 3rd NOC/Notice of Default & Estoppel – Joseph R. Rodriquez | 4 |

Defendant Wolfensperger's
Exhibit A (as Amended)

Exhibit X:  3rd NOC/Notice of Default & Estoppel – Senator George V. Voinovich          4

Exhibit Y:  3rd NOC/Notice of Default & Estoppel – Senator Sherrod Brown               4

Exhibit Z:  3rd NOC/Notice of Default & Estoppel – Congresswoman Jean Schmidt          4

Exhibit AA:  USA non-responsive answer to Notice of Constitutional Challenge           454

Defendant Wolfensperger's
Exhibit A (as Amended)