

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*

**By Special Appearance**

June 8, 2008

Sent via Registered Mail #   *RE 158 255 395 US*

## 3rd NOTICE OF COMPLAINT /
## NOTICE OF DEFAULT & ESTOPPEL

**In the Matter of:**
President of the United States of America
George W. Bush
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**PLEASE TAKE NOTICE:**
### *STATEMENT OF COMPLAINT*
### *(Final)*

I have been named as a defendant in a Complaint filed in the UNITED STATES DISTRICT
COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket #
1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you
concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I
Reserve All of My Rights, including but not limited to, Due Process of Law. I have No
Knowledge, Information, or Belief as to:

Any Constitutional Law / Authority which allows So Named Plaintiff, UNITED STATES
OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT
or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to
represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment,
Known Legal Duty, and / or Jurisdiction concerning me personally; or that federal statutes
listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C.
§§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States, and / or Ohio are possibly being violated by any mistaken or false
presumptions, or by usurpation.

Attorney General Michael B. Mukasey & Secretary of the Treasury Henry M. Paulson Jr. have been Notified in this Matter on Two Previous occasions. The first of which was on April 21, 2008 providing Thirty Day Timely Response with opportunity to Cure. The second occurred on May 27, 2008 providing a Ten Day Timely Response with opportunity to Cure. This second notice was also provided to their superiors **President George W. Bush**, and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt. As of this Date of Mailing via Registered Mail, Third and final Notice with Three Day Timely Response and opportunity to Cure, no relevant and / or timely response has yet been received.

These Public Officers / Elected Officials have been Notified of pertinent sections under the Administrative Procedure Act and are aware of the requirements to perform according to Statutes, Regulations and as well according to the U.S. Constitution under the obligation of Oath of Office.

Any failure to perform under either of the aforementioned duties calls in to serious question whether said Officer / Official is actually fit to hold such Office or to serve in such capacity, as Public Officer / Official has repeatedly demonstrated either an unwillingness, or inability to act accordingly without first being compelled by Court Order / Writ of Mandamus / Writ of Prohibition.

It has been repeatedly stated that I, David Elmer Wolfensperger have reserved all of my rights, waived none of my rights, including Due Process of Law, all of which are guaranteed by the Constitution and laws of the United States and the State of Ohio.

## *REQUEST FOR ACTION*
### (Final)

Final request is hereby made to **President George W. Bush**, Attorney General Michael B. Mukasey, Secretary of the Treasury Henry M. Paulson Jr., and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt to investigate and substantiate whether or not the previous allegations made and asserted in this Matter are indeed lawful and / or fall within the lawful scope of authority and jurisdiction of the alleging Public Officers, and Title 5 Section 556(d) governs same.

5 USC 702 provides for Judicial Review to determine if such allegations in any way violates any of my Rights guaranteed protected by Constitution and Laws, and final request is hereby made for the aforementioned to comply with the Laws and abide by the Constitution.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*
### (Final)

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or **President George W. Bush**, or Secretary of the Treasury Henry M. Paulson Jr., or U.S. Attorney General Michael B. Mukasey or any of their predecessors,

Page 2 of 3

delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### *REQUEST FOR TIMELY RESPONSE*
### **(Final)**

Request is hereby made for an appropriate and timely response within Three (3) Days receipt of this Notice.

### *ULTIMATUM*
### **(Final)**

Should **President George W. Bush,** U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### **NOTE:**

### **Under the appropriate Titles of the United States Code, and the Laws of Ohio**

### *Liability is Personal*


### **VERIFICATION**


I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.  Executed on June 8, 2008.


Sincerely,

Dated: *June 8, 2008*                David Elmer Wolfensperger

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

Registered No.

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee | $10.00 | | |
| Handling Charge | $7.00 | Return Receipt | |
| Postage | $1.00 | Restricted Delivery | |
| Received by | | | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee.
International Indemnity is limited.
(See Reverse).

**OFFICIAL USE**

**FROM**

David Elmer Wo Hensperger
1009 Shepherds Glen Lane
Batavia, Ohio  45103

**TO**

President George W. Bush
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C.  20500

PS Form **3806**, **Receipt for Registered Mail**     Copy 1 - Customer
May 2004 (7530-02-000-9051)     (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*®

| CASE # | EXHIBIT | TTL PGS |
|--------|---------|---------|
| 1:07-CV-571 | U | 4 |

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*

**By Special Appearance**

June 8, 2008

Sent via Registered Mail # *RE 158 255 4184S*

### 3rd NOTICE OF COMPLAINT /
### NOTICE OF DEFAULT & ESTOPPEL

**In the Matter of:**
Office of the Attorney General
Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**PLEASE TAKE NOTICE:**
### *STATEMENT OF COMPLAINT*
### *(Final)*

I have been named as a defendant in a Complaint filed in the UNITED STATES DISTRICT
COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket #
1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you
concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I
Reserve All of My Rights, including but not limited to, Due Process of Law. I have No
Knowledge, Information, or Belief as to:

Any Constitutional Law / Authority which allows So Named Plaintiff, UNITED STATES
OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT
or would permit the U.S. **Attorney General**, or any delegate or subordinate thereof, to
represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment,
Known Legal Duty, and / or Jurisdiction concerning me personally; or that federal statutes
listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C.
§§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and **Attorney General** bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States, and / or Ohio are possibly being violated by any mistaken or false
presumptions, or by usurpation.

Attorney General **Michael B. Mukasey** & Secretary of the Treasury Henry M. Paulson Jr. have been Notified in this Matter on Two Previous occasions. The first of which was on April 21, 2008 providing Thirty Day Timely Response with opportunity to Cure. The second occurred on May 27, 2008 providing a Ten Day Timely Response with opportunity to Cure. This second notice was also provided to their superiors President George W. Bush, and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt. As of this Date of Mailing via Registered Mail, Third and final Notice with Three Day Timely Response and opportunity to Cure, no relevant and / or timely response has yet been received.

These Public Officers / Elected Officials have been Notified of pertinent sections under the Administrative Procedure Act and are aware of the requirements to perform according to Statutes, Regulations and as well according to the U.S. Constitution under the obligation of Oath of Office.

Any failure to perform under either of the aforementioned duties calls in to serious question whether said Officer / Official is actually fit to hold such Office or to serve in such capacity, as Public Officer / Official has repeatedly demonstrated either an unwillingness, or inability to act accordingly without first being compelled by Court Order / Writ of Mandamus / Writ of Prohibition.

It has been repeatedly stated that I, David Elmer Wolfensperger have reserved all of my rights, waived none of my rights, including Due Process of Law, all of which are guaranteed by the Constitution and laws of the United States and the State of Ohio.

## *REQUEST FOR ACTION*
### (Final)

Final request is hereby made to President George W. Bush, Attorney General **Michael B. Mukasey**, Secretary of the Treasury Henry M. Paulson Jr., and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt to investigate and substantiate whether or not the previous allegations made and asserted in this Matter are indeed lawful and / or fall within the lawful scope of authority and jurisdiction of the alleging Public Officers, and Title 5 Section 556(d) governs same.

5 USC 702 provides for Judicial Review to determine if such allegations in any way violates any of my Rights guaranteed protected by Constitution and Laws, and final request is hereby made for the aforementioned to comply with the Laws and abide by the Constitution.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*
### (Final)

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., or U.S. Attorney General **Michael B. Mukasey** or any of their predecessors,

delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### *REQUEST FOR TIMELY RESPONSE*
### **(Final)**

Request is hereby made for an appropriate and timely response within Three (3) Days receipt of this Notice.

### *ULTIMATUM*
### **(Final)**

Should President George W. Bush, U.S. Attorney General **Michael B. Mukasey**, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

### Under the appropriate Titles of the United States Code, and the Laws of Ohio

### *Liability is Personal*

### VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on June 8, 2008.

Sincerely,

Dated: June 8, 2008

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved



| Reg Fee | | | |
|---|---|---|---|
| Handling Charge | | Return Receipt | |
| Postage | | Restricted Delivery | |
| Received by | | | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
David Elmer Wolfensperger
1003 Shepherd's Glen Lane
Batavia, Ohio 45103

TO
Attorney General Michael B. Mukasey
U.S Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**PS Form 3806,** **Receipt for Registered Mail**     Copy 1 - Customer
May 2004 (7530-02-000-9051)     (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*
**By Special Appearance**

June 8, 2008

Sent via Registered Mail #  *R E 158 255 398 US*

## 3rd NOTICE OF COMPLAINT /
## NOTICE OF DEFAULT & ESTOPPEL

**In the Matter of:**
Secretary of the Treasury
Henry M. Paulson Jr.
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

**PLEASE TAKE NOTICE:**

### *STATEMENT OF COMPLAINT*
### *(Final)*

I have been named as a defendant in a Complaint filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law / Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and / or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

Attorney General Michael B. Mukasey & Secretary of the Treasury **Henry M. Paulson Jr.** have been Notified in this Matter on Two Previous occasions. The first of which was on April 21,

2008 providing Thirty Day Timely Response with opportunity to Cure. The second occurred on May 27, 2008 providing a Ten Day Timely Response with opportunity to Cure. This second notice was also provided to their superiors President George W. Bush, and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt. As of this Date of Mailing via Registered Mail, Third and final Notice with Three Day Timely Response and opportunity to Cure, no relevant and / or timely response has yet been received.

These Public Officers / Elected Officials have been Notified of pertinent sections under the Administrative Procedure Act and are aware of the requirements to perform according to Statutes, Regulations and as well according to the U.S. Constitution under the obligation of Oath of Office.

Any failure to perform under either of the aforementioned duties calls in to serious question whether said Officer / Official is actually fit to hold such Office or to serve in such capacity, as Public Officer / Official has repeatedly demonstrated either an unwillingness, or inability to act accordingly without first being compelled by Court Order / Writ of Mandamus / Writ of Prohibition.

It has been repeatedly stated that I, David Elmer Wolfensperger have reserved all of my rights, waived none of my rights, including Due Process of Law, all of which are guaranteed by the Constitution and laws of the United States and the State of Ohio.

### *REQUEST FOR ACTION*
### **(Final)**

Final request is hereby made to President George W. Bush, Attorney General Michael B. Mukasey, Secretary of the Treasury **Henry M. Paulson Jr.**, and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt to investigate and substantiate whether or not the previous allegations made and asserted in this Matter are indeed lawful and / or fall within the lawful scope of authority and jurisdiction of the alleging Public Officers, and Title 5 Section 556(d) governs same.

5 USC 702 provides for Judicial Review to determine if such allegations in any way violates any of my Rights guaranteed protected by Constitution and Laws, and final request is hereby made for the aforementioned to comply with the Laws and abide by the Constitution.

### *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*
### **(Final)**

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury **Henry M. Paulson Jr.,** or U.S. Attorney General Michael B. Mukasey or any of their predecessors, delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records,

Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### *REQUEST FOR TIMELY RESPONSE*
### **(Final)**

Request is hereby made for an appropriate and timely response within Three (3) Days receipt of this Notice.

### *ULTIMATUM*
### **(Final)**

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury **Henry M. Paulson Jr.**, or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### **NOTE:**

### **Under the appropriate Titles of the United States Code, and the Laws of Ohio**

### *Liability is Personal*

### **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on June 8, 2008.

Sincerely,

Dated: *June 8, 2008*

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

**Date Stamp**

| | | |
|---|---|---|
| **Reg. Fee** | | |
| **Handling Charge** | | **Return Receipt** |
| **Postage** | | **Restricted Delivery** |
| **Received by** | | |

Customer Must Declare
Full Value $

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
(See Reverse).

OFFICIAL USE

**To Be Completed By Post Office**

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM

David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

TO

Secretary of the Treasury
Henry M. Paulson Jr.
1500 Pennsylvania Ave, N.W.
Washington D.C. 20220

PS Form **3806**,     **Receipt for Registered Mail**     Copy 1 - Customer
May 2004 (7530-02-000-9051)                    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

| CASE # | EXHIBIT | TTL PGS |
|---|---|---|
| 1-07-CV-571 | ω | 4 |

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*

**By Special Appearance**

June 8, 2008

Sent via Registered Mail # *R E 158 255 364 US*

### 3rd NOTICE OF COMPLAINT / NOTICE OF DEFAULT & ESTOPPEL

**In the Matter of:**

JOSEPH R. RODRIQUEZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

**PLEASE TAKE NOTICE:**

### *STATEMENT OF COMPLAINT*
### *(Final)*

I have been named as a defendant in a Complaint filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law / Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any **delegate or subordinate** thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and / or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

Attorney General Michael B. Mukasey & Secretary of the Treasury Henry M. Paulson Jr. have been Notified in this Matter on Two Previous occasions. The first of which was on April 21, 2008 providing Thirty Day Timely Response with opportunity to Cure. The second occurred on May 27, 2008 providing a Ten Day Timely Response with opportunity to Cure. This second notice was also provided to their superiors President George W. Bush, and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt. As of this Date of Mailing via Registered Mail, Third and final Notice with Three Day Timely Response and opportunity to Cure, no relevant and / or timely response has yet been received.

These Public Officers / Elected Officials have been Notified of pertinent sections under the Administrative Procedure Act and are aware of the requirements to perform according to Statutes, Regulations and as well according to the U.S. Constitution under the obligation of Oath of Office.

Any failure to perform under either of the aforementioned duties calls in to serious question whether said Officer / Official is actually fit to hold such Office or to serve in such capacity, as Public Officer / Official has repeatedly demonstrated either an unwillingness, or inability to act accordingly without first being compelled by Court Order / Writ of Mandamus / Writ of Prohibition.

It has been repeatedly stated that I, David Elmer Wolfensperger have reserved all of my rights, waived none of my rights, including Due Process of Law, all of which are guaranteed by the Constitution and laws of the United States and the State of Ohio.

### REQUEST FOR ACTION
### (Final)

Final request is hereby made to President George W. Bush, Attorney General Michael B. Mukasey, Secretary of the Treasury Henry M. Paulson Jr., and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and Congresswoman Jean Schmidt to investigate and substantiate whether or not the previous allegations made and asserted in this Matter are indeed lawful and / or fall within the lawful scope of authority and jurisdiction of the alleging Public Officers, and Title 5 Section 556(d) governs same.

5 USC 702 provides for Judicial Review to determine if such allegations in any way violates any of my Rights guaranteed protected by Constitution and Laws, and final request is hereby made for the aforementioned to comply with the Laws and abide by the Constitution.

### REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES
### (Final)

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry

M. Paulson Jr., or U.S. Attorney General Michael B. Mukasey or any of their predecessors, **delegates or subordinates**, concerning this Matter, as well as Copies of All Documents, Records, Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### *REQUEST FOR TIMELY RESPONSE*
### (Final)

Request is hereby made for an appropriate and timely response within Three (3) Days receipt of this Notice.

### ULTIMATUM
### (Final)

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr., or any of their **delegates and / or subordinates** ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

### Under the appropriate Titles of the United States Code, and the Laws of Ohio

*Liability is Personal*

### VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on June 8, 2008.

Sincerely,

Dated: *June 8, 2008*

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

| To Be Completed By Post Office | Reg Fee | | | |
|---|---|---|---|---|
| | Handling Charge | | Return Receipt | |
| | Postage | *1 00 | Restricted Delivery | *1 00 |
| | Received by | | | |
| | Customer Must Declare Full Value $ | | ☐ With Postal Insurance ☑ Without Postal Insurance | Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. *(See Reverse).* |

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM
David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio   45103

TO
Joseph R. Rodriguez, trial attorney
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.   20044

PS Form **3806**,      **Receipt for Registered Mail**      Copy 1 - Customer
May 2004 (7530-02-000-9051)                        *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®



David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*

**By Special Appearance**

June 8, 2008

Sent via Registered Mail # *RE 158 255 347 US*

## 3rd NOTICE OF COMPLAINT /
## NOTICE OF DEFAULT & ESTOPPEL

**In the Matter of:**
Senator George V. Voinovich
37 West Broad Street
Room 310
Columbus, Ohio 43215

**PLEASE TAKE NOTICE:**

### *STATEMENT OF COMPLAINT*
### *(Final)*

I have been named as a defendant in a Complaint filed in the UNITED STATES DISTRICT
COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket #
1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you
concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I
Reserve All of My Rights, including but not limited to, Due Process of Law. I have No
Knowledge, Information, or Belief as to:

Any Constitutional Law / Authority which allows So Named Plaintiff, UNITED STATES
OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT
or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to
represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment,
Known Legal Duty, and / or Jurisdiction concerning me personally; or that federal statutes
listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C.
§§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States, and / or Ohio are possibly being violated by any mistaken or false
presumptions, or by usurpation.

Attorney General Michael B. Mukasey & Secretary of the Treasury Henry M. Paulson Jr. have
been Notified in this Matter on Two Previous occasions. The first of which was on April 21,

2008 providing Thirty Day Timely Response with opportunity to Cure. The second occurred on May 27, 2008 providing a Ten Day Timely Response with opportunity to Cure. This second notice was also provided to their superiors President George W. Bush, and Ohio representatives in Congress Senator Sherrod Brown, **Senator George V. Voinovich**, and Congresswoman Jean Schmidt. As of this Date of Mailing via Registered Mail, Third and final Notice with Three Day Timely Response and opportunity to Cure, no relevant and / or timely response has yet been received.

These Public Officers / Elected Officials have been Notified of pertinent sections under the Administrative Procedure Act and are aware of the requirements to perform according to Statutes, Regulations and as well according to the U.S. Constitution under the obligation of Oath of Office.

Any failure to perform under either of the aforementioned duties calls in to serious question whether said Officer / Official is actually fit to hold such Office or to serve in such capacity, as Public Officer / Official has repeatedly demonstrated either an unwillingness, or inability to act accordingly without first being compelled by Court Order / Writ of Mandamus / Writ of Prohibition.

It has been repeatedly stated that I, David Elmer Wolfensperger have reserved all of my rights, waived none of my rights, including Due Process of Law, all of which are guaranteed by the Constitution and laws of the United States and the State of Ohio.

### *REQUEST FOR ACTION*
### (Final)

Final request is hereby made to President George W. Bush, Attorney General Michael B. Mukasey, Secretary of the Treasury Henry M. Paulson Jr., and Ohio representatives in Congress Senator Sherrod Brown, **Senator George V. Voinovich**, and Congresswoman Jean Schmidt to investigate and substantiate whether or not the previous allegations made and asserted in this Matter are indeed lawful and / or fall within the lawful scope of authority and jurisdiction of the alleging Public Officers, and Title 5 Section 556(d) governs same.

5 USC 702 provides for Judicial Review to determine if such allegations in any way violates any of my Rights guaranteed protected by Constitution and Laws, and final request is hereby made for the aforementioned to comply with the Laws and abide by the Constitution.

### *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*
### (Final)

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., or U.S. Attorney General Michael B. Mukasey or any of their predecessors, delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records,

Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### *REQUEST FOR TIMELY RESPONSE*
### *(Final)*

Request is hereby made for an appropriate and timely response within Three (3) Days receipt of this Notice.

### *ULTIMATUM*
### *(Final)*

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

### Under the appropriate Titles of the United States Code, and the Laws of Ohio

### *Liability is Personal*


### VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on June 8, 2008.

Sincerely,

Dated: *June 8, 2008*

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

| Reg Fee | | | |
|---|---|---|---|
| Handling Charge | $10.00 | Return Receipt | |
| Postage | $0.00 | Restricted Delivery | |
| Received by | | | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee.
International indemnity is limited.
(See Reverse).

OFFICIAL USE

FROM
David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

TO
Senator George V. Voinovich
37 West Broad Street
Room 310
Columbus, Ohio 43215

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

| CASE # | EXHIBIT | TTL PGS |
|--------|---------|---------|
| 1:07-CV-571 | Y | 4 |

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*

**By Special Appearance**

June 8, 2008

Sent via Registered Mail # *RE 158 255 333 US*

## 3rd NOTICE OF COMPLAINT /
## NOTICE OF DEFAULT & ESTOPPEL

**In the Matter of:**
Senator Sherrod Brown
1301 East Ninth St., Suite 1710
Cleveland, Ohio 44114

## PLEASE TAKE NOTICE:
### *STATEMENT OF COMPLAINT*
### *(Final)*

I have been named as a defendant in a Complaint filed in the UNITED STATES DISTRICT COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket # 1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I Reserve All of My Rights, including but not limited to, Due Process of Law. I have No Knowledge, Information, or Belief as to:

Any Constitutional Law / Authority which allows So Named Plaintiff, UNITED STATES OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment, Known Legal Duty, and / or Jurisdiction concerning me personally; or that federal statutes listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C. §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702 Judicial Review is required to determine whether my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio are possibly being violated by any mistaken or false presumptions, or by usurpation.

Attorney General Michael B. Mukasey & Secretary of the Treasury Henry M. Paulson Jr. have been Notified in this Matter on Two Previous occasions. The first of which was on April 21, 2008 providing Thirty Day Timely Response with opportunity to Cure. The second occurred on

May 27, 2008 providing a Ten Day Timely Response with opportunity to Cure. This second notice was also provided to their superiors President George W. Bush, and Ohio representatives in Congress **Senator Sherrod Brown**, Senator George V. Voinovich, and Congresswoman Jean Schmidt. As of this Date of Mailing via Registered Mail, Third and final Notice with Three Day Timely Response and opportunity to Cure, no relevant and / or timely response has yet been received.

These Public Officers / Elected Officials have been Notified of pertinent sections under the Administrative Procedure Act and are aware of the requirements to perform according to Statutes, Regulations and as well according to the U.S. Constitution under the obligation of Oath of Office.

Any failure to perform under either of the aforementioned duties calls in to serious question whether said Officer / Official is actually fit to hold such Office or to serve in such capacity, as Public Officer / Official has repeatedly demonstrated either an unwillingness, or inability to act accordingly without first being compelled by Court Order / Writ of Mandamus / Writ of Prohibition.

It has been repeatedly stated that I, David Elmer Wolfensperger have reserved all of my rights, waived none of my rights, including Due Process of Law, all of which are guaranteed by the Constitution and laws of the United States and the State of Ohio.

## *REQUEST FOR ACTION*
### **(Final)**

Final request is hereby made to President George W. Bush, Attorney General Michael B. Mukasey, Secretary of the Treasury Henry M. Paulson Jr., and Ohio representatives in Congress **Senator Sherrod Brown**, Senator George V. Voinovich, and Congresswoman Jean Schmidt to investigate and substantiate whether or not the previous allegations made and asserted in this Matter are indeed lawful and / or fall within the lawful scope of authority and jurisdiction of the alleging Public Officers, and Title 5 Section 556(d) governs same.

5 USC 702 provides for Judicial Review to determine if such allegations in any way violates any of my Rights guaranteed protected by Constitution and Laws, and final request is hereby made for the aforementioned to comply with the Laws and abide by the Constitution.

## *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*
### **(Final)**

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., or U.S. Attorney General Michael B. Mukasey or any of their predecessors, delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records,

Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's Claims and Allegations in this Matter.

### *REQUEST FOR TIMELY RESPONSE*
### **(Final)**

Request is hereby made for an appropriate and timely response within Three (3) Days receipt of this Notice.

### *ULTIMATUM*
### **(Final)**

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely manner, or proceed in any adverse manner as to violate my Rights guaranteed by the Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

### Under the appropriate Titles of the United States Code, and the Laws of Ohio

### *Liability is Personal*

### **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct. Executed on June 8, 2008.

Sincerely,

Dated: *June 8, 2008*

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

**Registered No.**

**Date Stamp**

| Reg. Fee | $70.00 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2 |
| Postage | $1.00 | Restricted Delivery | $4.90 |
| Received by | *M* | | |

To Be Completed
By Post Office

Domestic Insurance up to
$25,000 is included in the fee.

| Customer Must Declare Full Value $ | | With Postal Insurance | International Indemnity is limited. *(See Reverse).* |
|---|---|---|---|
| | | ☒ Without Postal Insurance | |

OFFICIAL USE

FROM  Pastor Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio   45103

TO  Senator Sherrod Brown
1301 East Ninth St Suite 1710
Cleveland, Ohio   44114

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806,**   **Receipt for Registered Mail**   *Copy 1 - Customer*
May 2004 (7530-02-000-9051)   *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com ®*

| CASE # | EXHIBIT | TTL PGS |
|--------|---------|---------|
| 1:07-CV-571 | 2 | 4 |

David Elmer Wolfensperger
*1009 Shepherds Glen Lane*
*Batavia, Ohio 45103*

**By Special Appearance**

June 8, 2008

Sent via Registered Mail # *RE 158 255 355 US*

### 3rd NOTICE OF COMPLAINT /
### NOTICE OF DEFAULT & ESTOPPEL

**In the Matter of:**
Congresswoman Jean Schmidt
8044 Montgomery Rd., Suite 540
Cincinnati, OH 45236

**PLEASE TAKE NOTICE:**
### *STATEMENT OF COMPLAINT*
### *(Final)*

I have been named as a defendant in a Complaint filed in the UNITED STATES DISTRICT
COURT located in the SOUTHERN DISTRICT OF OHIO WESTERN DIVISION Docket #
1:07 CV 571.

Pursuant to Fed. R. Civ. P. Rule 5.1(a)(2) Such Complaint compels me to Contact you
concerning issues under the U.S. Constitution. I have Not waived any of my Rights, and I
Reserve All of My Rights, including but not limited to, Due Process of Law. I have No
Knowledge, Information, or Belief as to:

> Any Constitutional Law / Authority which allows So Named Plaintiff, UNITED STATES
> OF AMERICA, to bring this action against me in the UNITED STATES DISTRICT COURT
> or would permit the U.S. Attorney General, or any delegate or subordinate thereof, to
> represent So Named Plaintiff in this Complaint; or any legitimate Lawful Assessment,
> Known Legal Duty, and / or Jurisdiction concerning me personally; or that federal statutes
> listed in the Complaint under 26 U.S.C. §§ 7401, 7402, 7403, 6673, 6321, 6322 or 28 U.S.C.
> §§ 1331, 1340, or 1345 otherwise provides for, or proves such exists.

Under the Law at 5 U.S.C. 556(d) the Secretary of the Treasury, and Attorney General bear the
Burden of Proof to support whether any of such Lawfully Exists. Under the Law at 5 USC 702
Judicial Review is required to determine whether my Rights guaranteed by the Constitution and
Laws of the United States, and / or Ohio are possibly being violated by any mistaken or false
presumptions, or by usurpation.

Attorney General Michael B. Mukasey & Secretary of the Treasury Henry M. Paulson Jr. have
been Notified in this Matter on Two Previous occasions. The first of which was on April 21,
2008 providing Thirty Day Timely Response with opportunity to Cure. The second occurred on

May 27, 2008 providing a Ten Day Timely Response with opportunity to Cure. This second notice was also provided to their superiors President George W. Bush, and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and **Congresswoman Jean Schmidt**. As of this Date of Mailing via Registered Mail, Third and final Notice with Three Day Timely Response and opportunity to Cure, no relevant and / or timely response has yet been received.

These Public Officers / Elected Officials have been Notified of pertinent sections under the Administrative Procedure Act and are aware of the requirements to perform according to Statutes, Regulations and as well according to the U.S. Constitution under the obligation of Oath of Office.

Any failure to perform under either of the aforementioned duties calls in to serious question whether said Officer / Official is actually fit to hold such Office or to serve in such capacity, as Public Officer / Official has repeatedly demonstrated either an unwillingness, or inability to act accordingly without first being compelled by Court Order / Writ of Mandamus / Writ of Prohibition.

It has been repeatedly stated that I, David Elmer Wolfensperger have reserved all of my rights, waived none of my rights, including Due Process of Law, all of which are guaranteed by the Constitution and laws of the United States and the State of Ohio.

### *REQUEST FOR ACTION*
### (Final)

Final request is hereby made to President George W. Bush, Attorney General Michael B. Mukasey, Secretary of the Treasury Henry M. Paulson Jr., and Ohio representatives in Congress Senator Sherrod Brown, Senator George V. Voinovich, and **Congresswoman Jean Schmidt** to investigate and substantiate whether or not the previous allegations made and asserted in this Matter are indeed lawful and / or fall within the lawful scope of authority and jurisdiction of the alleging Public Officers, and Title 5 Section 556(d) governs same.

5 USC 702 provides for Judicial Review to determine if such allegations in any way violates any of my Rights guaranteed protected by Constitution and Laws, and final request is hereby made for the aforementioned to comply with the Laws and abide by the Constitution.

### *REQUEST FOR IDENTITIES, DOCUMENTS, RECORDS, POINTS & AUTHORITIES*
### (Final)

Request is hereby made for the Names and Identities of all Parties involved in this Complaint, including but not limited to, those included within, or under So Named Plaintiff, and who have been contacted by the same, or President George W. Bush, or Secretary of the Treasury Henry M. Paulson Jr., or U.S. Attorney General Michael B. Mukasey or any of their predecessors, delegates or subordinates, concerning this Matter, as well as Copies of All Documents, Records,

Points and Authorities which Support Any and All of So Named Plaintiff's and US. Attorney's
Claims and Allegations in this Matter.

### *REQUEST FOR TIMELY RESPONSE*
### (Final)

Request is hereby made for an appropriate and timely response within Three (3) Days receipt of
this Notice.

### *ULTIMATUM*
### (Final)

Should President George W. Bush, U.S. Attorney General Michael B. Mukasey, or Secretary of
the Treasury Henry M. Paulson Jr., or any of their delegates and / or subordinates ignore, or
otherwise fail to adequately respond to this Notice and Requests Made Herein, in a Timely
manner, or proceed in any adverse manner as to violate my Rights guaranteed by the
Constitution and Laws of the United States, and / or Ohio, I will be compelled then to seek a
Congressional Investigation for any Criminal violations, and pursue Civil Litigation.

### NOTE:

### Under the appropriate Titles of the United States Code, and the Laws of Ohio

### *Liability is Personal*

### **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that to the best
of my knowledge the foregoing is true and correct. Executed on June 8, 2008.

Sincerely,

Dated: June 8, 2008

David Elmer Wolfensperger, Sui Juris in propria persona
All Rights Reserved

Page 3 of 3

| Registered No. | | | Date Stamp |
|---|---|---|---|
| Reg. Fee | | | |
| Handling Charge | | Return Receipt | |
| Postage | | Restricted Delivery | |
| Received by | | | |
| Customer Must Declare Full Value $ | | With Postal Insurance / Without Postal Insurance [X] | Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

OFFICIAL USE

**FROM**
David Elmer Wolfensperger
1009 Shepherds Glen Lane
Batavia, Ohio 45103

**TO**
Congresswoman Jean Schmidt
8044 Montgomery Rd,
Suite 540
Cincinnati, Ohio 45236

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806**,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®