IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.  1:07-cv-571 |
| ) | |
| DAVID E. WOLFENSPERGER, et al., ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' MOTION FOR ORDER OF SALE**

Pursuant to 28 U.S.C. §§ 2001 and 2002, the United States requests that the Court enter an Order of Sale with respect to the real property commonly known as 1009 Shepherds Glen Lane, Batavia, Ohio 45103 (the "Property"), and legally described as follows:

> Situated in the State of Ohio, Clermont County, Union Township, Military Survey #3814, and being entire Lot #5 of the Record Plat of Shepherds Glen Subdivision, as recorded in Plat Cabinet 4, pages 433 and 434 of the Clermont County Ohio records.
>
> Subject to easements and restrictions of record, and zoning ordinances.

On January 13, 2009, the Court entered judgment in the above captioned case in favor of the United States, and foreclosed the United States' federal tax liens on the real property described above.  The requested Order of Sale will serve to execute that judgment.

WHEREFORE, the United States requests that the Court: (1) enter an Order of Sale in accordance with the terms of the proposed Order of Sale submitted herewith; (2) direct the Internal Revenue Service to execute the Order of Sale according to law; and (3) enter any other orders as are just and equitable.

    */s/ Joseph R. Rodriguez*
JOSEPH R. RODRIGUEZ
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Phone: (202) 353-1790
Fax: (202) 514-5238
E-Mail: Joseph.R.Rodriguez@usdoj.gov

**CERTIFICATION OF SERVICE**

     I hereby certify that on September 3, 2009, a copy of the foregoing UNITED STATES MOTION FOR ORDER OF SALE and (proposed) ORDER OF SALE was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                   */s/ Joseph R. Rodriguez*
                                                   JOSEPH R. RODRIGUEZ
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice